1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

JERRY GEORGE WOOD, JR.,,

10

Plaintiff,

Case No. C17-1835-JLR

11

v.

12

COLLEEN A. HARTL,

ORDER DISMISSING CIVIL RIGHTS
COMPLAINT

13

Defendant.

14

15     The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the

16   Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the

17   remaining record, hereby finds and ORDERS:

18         (1)     The Report and Recommendation is approved and adopted.

19         (2)     Plaintiff's complaint (Dkt. 8) and this action are DISMISSED, with prejudice,

20   pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a cognizable claim for relief.

21   //

22   //

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

1      (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2  James P. Donohue.

3      DATED this 12ᵗʰ day of _____March_____, 2018.

4

5                           _____

6                         JAMES. L. ROBART
                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2